**No. 43718.**—Protest 10198–K of Sprouse-Reitz Co., Inc. (San Francisco).

Opinion by TILSON, J.   On the agreed facts the tennis rackets in question were held dutiable at 30 percent under paragraph 1502.   *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) followed.